1  Marc X. Carlos
   California State Bar No. 132987
2  **BARDSLEY & CARLOS L.L.P.**
   424 "F" Street, Suite A
3  San Diego, CA  92101
   Telephone: (619) 702-3226
4  Facsimile:  (619) 702-5415

5  Attorneys for Defendant
   ALBERTO SEPULVEDA-IRIBE
6

7
                    **UNITED STATES DISTRICT COURT**
8
                  **SOUTHERN DISTRICT OF CALIFORNIA**
9
                  **(HONORABLE ROGER T. BENITEZ)**
10

11
   UNITED STATES OF AMERICA,          )    CASE NO.:   08CR1064-BEN
12                                     )
                    Plaintiff,         )    DATE:       JUNE 16, 2008
13                                     )    TIME:       2:00 p.m.
          v.                           )
14                                     )    **NOTICE OF MOTION AND MOTIONS:**
                                       )
15 ALFREDO SEPULVEDA-IRIBE,            )    1.    TO COMPEL DISCOVERY;
                                       )    2.    LEAVE TO FILE ADDITIONAL
16                  Defendant.         )          MOTIONS.
                                       )
17 _____

18 TO:    **KAREN P. HEWITT; UNITED STATES ATTORNEY; AND
          JEFFREY MOORE, ASSISTANT UNITED STATES ATTORNEY:**
19
              PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as
20
   counsel may be heard, the defendant, ALFREDO SEPULVEDA-IRIBE, through his attorney Marc
21
   X. Carlos, will bring the below listed motions.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

                                                                      08CR1064-BEN

**MOTIONS**

The defendant, ALFREDO SEPULVEDA-IRIBE, through his counsel, Marc X. Carlos, hereby moves this Court to:

        1)      COMPEL DISCOVERY;

        2)      GRANT LEAVE TO FILE ADDITIONAL MOTIONS.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and the memorandum of points and authorities, the records in the above-entitled cause, and any and all further matters that may be brought to the Court's attention in the hearing on these motions.

Respectfully submitted,

Dated: June 13, 2008                s/ Marc X. Carlos
                                    Marc X. Carlos
                                    Attorney for Defendant
                                    ALFREDO SEPULVEDA-IRIBE