1  MARC X. CARLOS
   California State Bar No. 132987
2  **BARDSLEY & CARLOS, L.L.P.**
   424 F Street Suite A
3  San Diego, Ca 92101
   Telephone (619) 702-3226
4

5  Attorneys for Defendant
   ALFREDO SEPULVEDA-IRIBE
6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE ROGER T. BENITEZ)**

11

12 | UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1064-BEN |
   | Plaintiff, | ) | DATE: JUNE 16, 2008 |
   | | ) | TIME: 2:00 p.m. |
   | v. | ) | |
   | | ) | APPLICATION AND ORDER |
   | ALFREDO SEPULVEDA-IRIBE, | ) | SHORTENING TIME TO FILE |
   | | ) | DEFENDANTS NOTICE OF |
   | Defendant. | ) | MOTION FOR DISCOVERY |

19 TO:   KAREN P. HEWITT; UNITED STATES ATTORNEY, AND
         JEFFREY MOORE, ASSISTANT UNITED STATES ATTORNEY:

21       COMES NOW, Marc X. Carlos, attorney for defendant, ALFREDO SEPULVEDA-IRIBE,

22 who makes application for an order shortening time so that the motions listed above may be heard

23 on June 16, 2008, which date was previously reserved for motions in the above captioned matter.

24 //

25 //

26 //

27

28

                                                                    08CR1064-BEN

1  The reasons for this application are as follows: Attorney Marc X. Carlos has been in several
2  trials and was recently engaged in a murder trial, in <u>United States v. Leonard Scaggs</u>, (Case No.
3  06cr206), which lasted through mid week of June.  Therefore, Mr. Carlos respectfully requests the
4  Court grant his motion to shorten time based on his understandable inability to meet the commitment
5  on this case, thereby causing the delay in filing the instant motion in a timely manner.

                Respectfully submitted,

8  Date:   06/13/2008                              S/MARC X. CARLOS
                Marc X. Carlos
9                  Attorney for Defendant,
                ALFREDO SEPULVEDA-IRIBE