**CERTIFICATE OF SERVICE**

<u>U.S. v. Alfredo Sepulveda-Iribe</u>
Case No. 08CR1064-BEN

    Counsel for Defendant ALFREDO SEPULVEDA-IRIBE hereby certifies that on this date copies of Defendant's Application and Order Shortening Time to File Defendant's Notice of Motion for Discovery was served electronically upon the following attorney:

    AUSA, Jeffrey Moore

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 13, 2008, at San Diego, California.

                                            s/ Marc X. Carlos
                                            Marc X. Carlos