# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALFREDO SEPULVEDA-IRIBE (1),<br><br>                    Defendant. | CASE NO. 08CR1064-BEN<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: **TITLE 8 U.S.C. 1325**.

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 16, 2008

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE


ENTERED ON _____