**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALFREDO SEPULVEDA-IRIBE (1), <br><br> Defendant. | CASE NO. 08CR1064-BEN <br><br> **JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: **TITLE 8 U.S.C. 1325**.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 16, 2008

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal on 6/25/08

~~Judgement and Commitment~~

ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section